UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                    18 cr 784 (JGK)

KEVIN SMITH,                                    **ORDER**

                 Defendant.
-----------------------------------------------------------X

It is hereby ordered that Kelley J. Sharkey, Esq., be appointed as counsel for the

defendant, Kevin Smith, for all purposes.

**SO ORDERED.**

                                                    **JOHN G. KOELTL**
                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       January 9, 2020

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 1/9/2020