UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

KEVIN SMITH,
                       Defendant.
------------------------------------------------------------X

18 cr 784 (JGK)

**ORDER**

Upon the consent of both the Government and the defendant, the defendant, Kevin Smith, is hereby released from the custody of the Bureau of Prisons and United States Marshal, with supervision modified to include drug testing, effective today, and further thereafter as directed by the Probation Department; and weekly reporting to the Probation Department on Wednesdays at 1:00pm, until the next conference scheduled for February 25, 2020, at 4:30pm.

**SO ORDERED.**

                                                    **JOHN G. KOELTL**
                                                 **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         January 9, 2020