UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        -against-

KEVIN SMITH,
                      Defendants.
------------------------------------------------------------X

18 cr 784 (JGK)

**ORDER**

Another conference will be held on **Tuesday, June 23, 2020, at 4:30pm.**

**SO ORDERED.**

                                               **JOHN G. KOELTL**
                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       February 25, 2020

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2020