UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-

KEVIN SMITH,
                    Defendant.
-------------------------------------------------------------X

18 cr 784 (JGK)

**ORDER**

Upon the consent of both the defendant and the Government, supervision is modified to include curfew to be set by the Probation Department, with radio frequency monitoring; outpatient drug treatment as directed by the Probation Department and biweekly reporting.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       February 25, 2020

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2020