UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

      v.

Kevin Smith,
          *Defendant.*

18 Cr. 00784 (JGK)

**ORDER**

WHEREAS the United States Probation Department issued a Violation of Supervised Release Report ("VOSR Report"), dated December 30, 2019, outlining one violation specification alleging that the defendant Kevin Smith (the "Defendant") failed to report to Probation as directed since on or about July 16, 2019;

WHEREAS the Court held status conferences on January 9, 2020 and February 25, 2020 regarding the VOSR Report and the Defendant's compliance with the terms of his supervised release;

WHEREAS the Government, after conferring with the United States Probation Department on or about June 9, 2020, has concluded that the defendant Kevin Smith (the "Defendant") is in compliance with the terms of his supervised release, which is set to expire on July 5, 2020;

WHEREAS the Government submitted an unopposed letter motion, dated June 10, 2020, moving to dismiss the only specification outlined in the VOSR Report;

WHEREAS the Court, after reviewing the Government's unopposed letter motion, dated June 10, 2020, is satisfied that the Defendant is in compliance with the terms of his supervised release;

IT IS HEREBY ORDERED that the Government's motion to dismiss the only specification outlined in the VOSR Report is GRANTED; and it is further

ORDERED that any electronic monitoring equipment that was issued to the Defendant as part of his supervised release terms be returned to the United States Probation Department; and it is further

ORDERED that the presently-scheduled June 23, 2020 status conference is canceled.

Dated: New York, New York
June 10, 2020

/s/ John G. Koeltl
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE